IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UTICA NATIONAL ASSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> DANIELS CHEVROLET BUICK GMC, INC.; DANIELS-BISHOP CHEVROLET, INC.; RICHARD MARLOW DANIELS; DWAYNE HERMANN; AUTO-OWNERS INSURANCE COMPANY; RAUL GONZALEZ OSARIO; and JONHS LEON ORTEGA, <br><br> Defendants. | CIVIL ACTION NO.: 6:21-cv-43 |

**O R D E R**

Before the Court is a Stipulation of Dismissal, which was signed and filed by counsel for Plaintiff and counsel for all Defendants who have appeared in the case on September 29, 2021, wherein the parties stipulate to the dismissal of this case without prejudice with each party to bear its costs. (Doc. 27.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action **WITHOUT PREJUDICE**, with each party to bears its own costs. The Clerk is hereby authorized and directed to **TERMINATE** all pending motions, (docs. 6, 19, 20, 27), and **CLOSE** this case.

**SO ORDERED**, this 30th day of September, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA